**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 2:05-CV-01067-CSC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| 1554 Shady Trail Wetumpka, Elmore County, Alabama, et. al. | Lis Pendens |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Elmore County Judge of Probate

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

Elmore County Courthouse, 200 Commerce Street, (Post Office Box 280), Wetumpka, Alabama 36092

*RECEIVED*

*2005 NOV -4 A 8:52*

*UNITED STATES*
*MARSHALS SERVICE*
*MIDDLE ALABAMA*

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | 1 |
|---|---|---|
| John T. Harmon<br>United States Attorney's Office<br>Assistant United States Attorney<br>Post Office Box 197<br>Montgomery, Alabama 36101-0197 | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

CATS Number requested from DEA.

| Signature of Attorney or other Originator requesting service on behalf of : | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | (334) 223-7280 | 11/03/05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | No. 7 | No. 2 | No. 2 | K. Chavers | 11/4/05 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (If not shown above). | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|

| Address (complete only if different than shown above) | Date of Service | Time | am / pm |
|---|---|---|---|
| | 12/2/05 | 12:35 | pm |
| | Signature of U.S. Marshal or Deputy<br>K. Chavers | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 8.00 | 53.00 | | | |

REMARKS: 11/9/05 CM # 7001 1140 0001 8579 6769
12/2/05 Received recorded copy    RETURNED AND

*DEC - 8 2005*

PRIOR EDITIONS MAY BE USED

*CLERK*
*U. S. DISTRICT COURT*
*MIDDLE DIST. OF ALA.*

FORM USM 285 (Rev. 12/15/80)