**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 12, 2005

# NOTICE OF CORRECTION

**To:** Counsel of Record

**From:** Clerk's Office

**Case Style**   USA vs. Eighty Thousand Six Hundred Thirty-Three Dollars
Civil Action No. 2:05cv1086

**Referenced Pleading**   Acknowledge of Service of Lis Pendens
Document #3

This Notice of Correction is filed in the above referenced case to reflect that it was filed in this case in error. Disregard this entry.