

## AFFIDAVIT

Before me, the undersigned Notary Public, in and for Montgomery County, Alabama, personally appeared Jacquard Merritt, who being duly sworn, deposes and says as follows:

To Whom It May Concern:

My name is Jacquard Merritt. I am a United States citizen and a resident of Montgomery, Alabama. I am the rightful owner of $36,500.00 in United States Currency and 4878.00 in United States Currency seized by agents of the Drug Enforcement Administration on July 6, 2005, held under asset ID# 05-DEA-454747 and 454745. I hereby lay claim to this property as possessor and owner. I make this affidavit under oath, subject to penalty of perjury (Title 18 USC 983(a)(2)(c).

_____
Jacquard Merritt

Sworn to and subscribed before me this 13 day of September, 2005.

_____
Notary Public

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Sep 21, 2008
BONDED THRU NOTARY PUBLIC UNDERWRITERS

My commission expires:_____