**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600


NOTICE OF REASSIGNMENT


Re    USA vs. Eighty Thousand Six Hundred Thirty-Three Dollars, et al.
       Civil Action No.  2:05cv1086-DRB


The above-styled case has been  reassigned to Judge W. Keith Watkins.


Please note that the case number is now 2:05cv1086-WKW.   This new case number should be used on all future correspondence and pleadings in this action.