**IN THE UNTED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **PLAINTIFF,** | * | CV-05-1086-DHB |
| VS. | * | |
| | * | |
| **EIGHTY THOUSAND SIX HUNDRED THIRTY-THRREE DOLLARS** | * | |
| **($80,633.00) IN UNITED STATES CURRENCY;** | | |
| **FOUR THOUSAND EIGHT HUNDRED** | * | |
| **SEVENTY-EIGHT DOLLARS ($4,878.00)** | | |
| **IN UNITED STATES CURRENCY; AND** | * | |
| **THIRTY-SIX THOUSAND** | | |
| **FIVE HUNDRED DOLLARS ($36,500) IN** | * | |
| **UNITED STATES CURRENCY** | | |
| | * | |
| **DEFENDANTS.** | | |
| | * | |

**VERIFIED STATEMENT OF INTEREST**

Comes now the undersigned, as attorney of record in the above styled cause, and hereby submit verified statements of interest by claimants Michael Coleman and Jacquard Merritt, as to the defendant U.S. currency. See attached exhibits A and B.

1. Exhibit A Affidavit of Michael Coleman

2. Exhibit B Affidavit of Jacquard Merritt

                                                  Respectfully Submitted,

                                                  /s/ Joe M. Reed
                                                  Joe M. Reed,
                                                  Attorney for Claimants

**Certificate of Service**

I hereby certify that the foregoing was filed with the United States District Clerk, Middle District of Alabama who will send electronic notification to the Honorable John Harmon, Assistant United States Attorney, P.O. Box 197, Montgomery, AL  36101.


/s/ Joe M. Reed