IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-CV-1086-WKW |
| | ) |
| EIGHTY THOUSAND SIX HUNDRED | ) |
| THIRTY-THREE DOLLARS ($80,633.00) | ) |
| IN UNITED STATES CURRENCY; FOUR | ) |
| THOUSAND EIGHT HUNDRED SEVENTY- | ) |
| EIGHT DOLLARS ($4,878.00) IN UNITED | ) |
| STATES CURRENCY; AND THIRTY-SIX | ) |
| THOUSAND FIVE HUNDRED DOLLARS | ) |
| ($36,500.00) IN UNITED STATES | ) |
| CURRENCY, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This case is before the Court on Claimant Michael Coleman's and Claimant Jacquard Merritt's Motions to Dismiss (Doc. # 13 and Doc. # 14, respectively). The claimants seek dismissal of their Motion for Return of Seized Money contained within the same document as their Answer (Doc. # 8). The Court deems these motions to be Motions for Leave to File an Amended Answer, and said motions (Doc. # 13 and Doc. # 14) are hereby GRANTED. The Claimants are ORDERED to submit an Amended Answer **on or before February 21, 2006**. It is further ORDERED that the Court's Order (Doc. # 11) entered January 24, 2006, with respect to the United States's response in opposition to the

1

motion is VACATED. No response is required from the government. The Clerk is DIRECTED to edit the docket to reflect this Order.

DONE this 3rd day of February, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE