**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 6, 2006

## NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   United States of America v. Eighty Thousand Six Hundred Thirty-Three Dollars et al**

**Case Number:   2:05-cv-01086-WKW**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents previously attached by the E-Filer.**

**The corrected PDF documents containing the electronic signatures are attached to this notice for your review.   Reference is made to documents # 13 & 14 filed on January 30, 2006 and Documents #15, 16, & 17   filed on    February 1, 2006.**