IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | 2:05-CV-1086-WKW |
| ) | |
| ) | |
| EIGHTY THOUSAND SIX HUNDRED ) | |
| THIRTY-THREE DOLLARS ($80,633.00) ) | |
| IN UNITED STATES CURRENCY; FOUR ) | |
| THOUSAND EIGHT HUNDRED SEVENTY- ) | |
| EIGHT DOLLARS ($4,878.00) IN UNITED ) | |
| STATES CURRENCY; AND THIRTY-SIX ) | |
| THOUSAND FIVE HUNDRED DOLLARS ) | |
| ($36,500.00) IN UNITED STATES CURRENCY ) | |
| ) | |
| Defendants. ) | |

## ORDER

For good cause, it is

**ORDERED** that the Plaintiff United States show any cause , by February 17, 2006, why Defendants' *Request for Production of Documents* construed as a motion (Doc. 15, filed February 1, 2006) should not be granted.

Done this 8th day of February, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE