IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-1086-WKW |
| | ) | |
| | ) | |
| EIGHTY THOUSAND SIX HUNDRED | ) | |
| THIRTY-THREE DOLLARS ($80,633.00) | ) | |
| IN UNITED STATES CURRENCY; FOUR | ) | |
| THOUSAND EIGHT HUNDRED SEVENTY- | ) | |
| EIGHT DOLLARS ($4,878.00) IN UNITED | ) | |
| STATES CURRENCY; AND THIRTY-SIX | ) | |
| THOUSAND FIVE HUNDRED DOLLARS | ) | |
| ($36,500.00) IN UNITED STATES CURRENCY | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTION

For the good cause shown in the *United States' Response to Show Cause Order* (Doc. 21, Feb. 9, 2006), it is

**ORDERED** that the *Request for Production of Documents* filed by claimants to the defendant currency (Doc. 15, Feb. 1, 2006), construed as a motion, is **DENIED.**

Done this 14th day of February, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE