IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-1086-WKW |
| ) | |
| EIGHTY THOUSAND SIX HUNDRED ) | |
| THIRTY-THREE DOLLARS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Strike Counter-Claim (Doc. #25) filed on March 1, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on March 28, 2006.

It is further ORDERED that the defendant file a response which shall include a brief and any evidentiary materials on or before March 21, 2006. The plaintiff may file a reply brief on or before March 28, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 8th day of March, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE