**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **PLAINTIFF,** | * | **CV-05-1086-WKW-DRB** |
| **VS.** | | |
| | * | |
| | * | |
| **EIGHTY THOUSAND SIX HUNDRED** | | |
| **THIRTY-THRREE DOLLARS** | * | |
| **($80,633.00) IN UNITED STATES CURRENCY;** | | |
| **FOUR THOUSAND EIGHT HUNDRED** | * | |
| **SEVENTY-EIGHT DOLLARS ($4,878.00)** | | |
| **IN UNITED STATES CURRENCY; AND** | * | |
| **THIRTY-SIX THOUSAND** | | |
| **FIVE HUNDRED DOLLARS ($36,500) IN** | * | |
| **UNITED STATES CURRENCY** | | |
| | * | |
| **DEFENDANTS.** | | |

## MOTION TO CONTINUE

Now come the Claimants of the above defendant currency, Michael Coleman and

Jacquard Merritt, by and through the undersigned, who hereby move this Court for a

seven (7) day extension to file its response to the Government's motion to dismiss their

counterclaims.    As grounds the claimants show unto the Court the following:

1. Claimant's seek an additional seven (7) days to respond to the Government's
   motion to dismiss the claimant's counterclaims.

2. The undersigned counsel has conferred with the Government regarding the
   extension and the Government does not object to a continuance.

3. Such extension will not delay the trial setting in the above styled cause.

Wherefore, premises considered, the Claimants pray that this court grant their motion to
continue.

Done this 21st Day of March, 2006.

/s/ Joe M. Reed
Joe M. Reed
Attorney for Plaintiffs

Address of Counsel:
524 S. Union St.
Montgomery, AL 36104
(334) 834-2000 t
(334) 834-2088 f

**<u>CERTIFICATE OF SERVICE</u>**

I herby certify that the following was served on

The Honorable John T. Harmon,
Assistant United States Attorney for the Middle District of Alabama,
1 Court Square
Montgomery, Alabama 36104

by electronic filing by the Clerk of the Court of the United States District Court, Middle
District of Alabama

/s/ Joe M. Reed
Joe M. Reed
