IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-1086-WKW |
| ) | |
| EIGHTY THOUSAND SIX HUNDRED ) | |
| THIRTY-THREE DOLLARS ($80,633.00) ) | |
| IN UNITED STATES CURRENCY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the Court on the claimants' unopposed Motion to Continue (Doc. # 31), filed on March 21, 2006. Upon consideration, it is hereby ORDERED that this motion is GRANTED. The claimants shall file a response to the government's Motion to Strike Counterclaim (Doc. # 25) on or before March 28, 2006. The government may file a reply brief on or before April 4, 2006.

DONE this the 22nd day of March, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE