IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-1086-WKW |
| ) | |
| EIGHTY THOUSAND SIX HUNDRED ) | |
| THIRTY-THREE DOLLARS ($80,633.00) ) | |
| IN UNITED STATES CURRENCY, *et al.*, ) | |
| ) | |
|    Defendants. ) | |

**ORDER**

It is hereby ORDERED that the plaintiff shall show cause on or before April 19, 2006 why the claimant's Motion to Suppress (Doc. # 29) should not be granted.

DONE this the 5th day of April, 2006.

                                            /s/   W.  Keith Watkins
                                      UNITED STATES DISTRICT JUDGE