IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:05-CV-1086-WKW |
| | ) |
| EIGHTY THOUSAND SIX HUNDRED | ) |
| THIRTY-THREE DOLLARS ($80,633.00) | ) |
| IN UNITED STATES CURRENCY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This case is before the Court on the claimants' Motion to Withdraw and/or Dismiss Counterclaims (Doc. # 33), filed on March 28, 2006. Upon consideration, it is hereby ORDERED that:

1. The Motion to Withdraw and/or Dismiss Counterclaims (Doc. # 33) is GRANTED.

2. The claimants' counterclaim is DISMISSED without prejudice.

3. The government's Motion to Strike Counterclaim is DENIED as MOOT.

DONE this the 5th day of April, 2006.

                                           /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE