IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-CV-1086-WKW |
| | ) | |
| EIGHTY THOUSAND SIX HUNDRED THIRTY-THREE DOLLARS ($80,633.00) IN UNITED STATES CURRENCY, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

It is hereby ORDERED that the plaintiff shall show cause on or before April 19, 2006 why the claimant's Motion to Suppress (Doc. # 29) should not be granted.

DONE this the 10th day of April, 2006.

                                                /s/ W. Keith Watkins
                                             UNITED STATES DISTRICT JUDGE