IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-CV-1086-WKW |
| | ) |
| EIGHTY THOUSAND SIX HUNDRED | ) |
| THIRTY-THREE DOLLARS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

It is hereby ORDERED that the Court's Order (Doc. #36) entered April 10, 2006 is VACATED due to the duplication of Order (Doc. #34).

Done this the 12th day of April, 2006.

                                       /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE