IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv1086-W |
| ) | |
| EIGHTY THOUSAND SIX HUNDRED ) | |
| THIRTY-THREE DOLLARS ) | |
| ($80,633.00) IN UNITED STATES ) | |
| CURRENCY; ) | |
| FOUR THOUSAND EIGHT HUNDRED ) | |
| SEVENTY-EIGHT DOLLARS ) | |
| ($4,878.00) IN UNITED STATES ) | |
| CURRENCY; AND, ) | |
| THIRTY-SIX THOUSAND FIVE ) | |
| HUNDRED DOLLARS ($36,500.00) ) | |
| IN UNITED STATES CURRENCY, ) | |
| ) | |
| DEFENDANTS. ) | |

<u>NOTICE OF TAKING DEPOSITION</u>

TO:  Mr. Joe M. Reed
     Faulk & Reed, LLP
     524 South Union Street
     Montgomery, Alabama 36104

Please take notice that on Tuesday, October 10, 2006, at the Office of the United States Attorney (One Court Square, Suite 201, Montgomery, Alabama), the United States of America will depose the Claimants at the times listed below upon oral examination before a Notary Public or before some other officer authorized by law to administer oaths:

        9:00 a.m. - Michael Coleman;

       11:00 a.m. - Jacquard Merritt.



PLAINTIFFS EXHIBIT A

Claimants are required to bring with them and testify concerning all records and tangible things which support their claim to the Defendant currency.

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, each deposition, unless otherwise authorized by the Court or stipulated by the parties, is limited to one day of seven hours.

Done this 27th day of September, 2006.

>                           FOR THE UNITED STATES ATTORNEY
>                           LEURA G. CANARY
>
>                           /s/ John T. Harmon
>                           John T. Harmon [HAR108]
>                           Assistant United States Attorney

Address of Counsel:

Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7560

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Notice of Deposition by placing a copy of the same in the United States Mail, properly addressed and postage prepaid, this 27th day of September, 2006, as follows:

Mr. Joe M. Reed
Faulk & Reed, LLP
524 South Union Street
Montgomery, Alabama 36104.

_____
John T. Harmon [HAR108]
Assistant United States Attorney