

**Faulk Reed LLP**

Winn Faulk
Joe M. Reed

ATTORNEYS AT LAW
524 South Union Street
Montgomery, Alabama 36104
Telephone: (334) 834-2000
Facsimile: (334) 834-2088

October 3, 2006

Hon. John T. Harmon
Assistant U.S. Attorney
United States Attorney, Middle District of Alabama
One Court Square, Suite 201
P.O. Box 197
Montgomery, Alabama 36101-0197

RE: *U.S.A v. $80,633.00* et al CV-05-1086

Dear Mr. Harmon,

I am in receipt of your letter dated September 27, 2006, in which the United States Government seeks to depose my clients, claimants Michael Coleman and Jacquard Merritt. After consulting with my clients, and do to the quasi-criminal nature of the case, my clients have asked me to apprise you that they will be invoking their Fifth Amendment right not to be a witness against themselves.

Furthermore, I believe that depositions may be premature at this time as the court still has a motion to suppress and a motion to dismiss for lack of jurisdiction pending. Should any of those motions be granted they would render the taking the depositions of my clients moot.

I, like you, would like to see a speedy resolution to this matter. I would like to get with you and take an opportunity to conference with Judge Watkins about moving the matter along.

Sincerely,

Joe M. Reed
Attorney for Claimants

PLAINTIFFS EXHIBIT B