1

```
 1        IN THE UNITED STATES DISTRICT COURT

 2        FOR THE MIDDLE DISTRICT OF ALABAMA

 3                 NORTHERN DIVISION

 4

 5   CIVIL ACTION NUMBER

 6   2:05cv1086-W

 7

 8   UNITED STATES OF AMERICA,

 9        Plaintiff(s),

10   vs.

11   EIGHTY THOUSAND SIX HUNDRED
     THIRTY-THREE DOLLARS
12   ($80,633.00) IN UNITED STATES
     CURRENCY;
13   FOUR THOUSAND EIGHT HUNDRED
     SEVENTY-EIGHT DOLLARS
14   ($4,878.00) IN UNITED STATES
     CURRENCY;AND,
15   THIRTY-SIX THOUSAND FIVE
     HUNDRED DOLLARS ($36,500.00)
16   IN UNITED STATES CURRENCY,

17        Defendant(s).

18

19

20

21   October 10, 2006

22   9 AM

23   SELAH M. DRYER, CSR
```



PLAINTIFF'S EXHIBIT C

COPY

```
 1            S T I P U L A T I O N S
 2         In accordance with Rule
 3    5(d) of the Alabama Rules of Civil
 4    Procedure, as amended, effective May 15,
 5    1988, I, Selah M. Dryer, am hereby
 6    delivering to John T. Harmon, Esq. the
 7    original transcript of the oral testimony
 8    taken October 10, 2006, along with
 9    exhibits.
10            Please be advised that this is the
11    same and not retained by the Court
12    Reporter, nor filed with the Court.
13
14
15
16
17
18
19
20
21
22
23
```

```
 1                    I N D E X
 2    EXAMINATION BY:                        PAGE NO.
 3    Mr. Harmon                                   5
 4    Certificate                                  8
 5
 6
 7                 INDEX OF EXHIBITS
 8    EXHIBITS                               PAGE NO.
 9    DEFENDANT(S) 1                               6
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

```
1                A P P E A R A N C E S
2
3    FOR THE DEFENDANT(S):
4        John T. Harmon, Esq.
5        Assistant United States Attorney
6        OFFICE OF THE UNITED STATES ATTORNEY
7        One Court Square
8        Suite 201
9        Montgomery, Alabama   36104
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

```
 1            I, Selah M. Dryer, a Notary Public
 2    for the State of Alabama at Large, acting
 3    as Commissioner, certify that on this
 4    date, pursuant to the Alabama Rules of
 5    Civil Procedure, there came before me at
 6    the law office(s) of John T. Harmon,
 7    Assistant United States Attorney,
 8    One Court Square, Suite 201, Montgomery,
 9    Alabama  36104, commencing at
10    approximately 9 AM on October 10, 2006,
11    whereupon the following proceedings were
12    had:
13
14            MR. HARMON:  I'm John
15    Harmon, Assistant United States Attorney.
16    I represent the United States in the
17    United States of America versus Eighty
18    Thousand Six Hundred and Thirty-Three
19    Dollars.  That's Civil No. CV051086.
20    Mr. Joe M. Reed represents the claimants
21    in this case.  I have in front of me a
22    copy of a letter dated October the 3rd,
23    2006, which we show as received on October
```

```
 1   the 6th after 1:00.  Mr. Reed's letter
 2   addresses United States Notice of
 3   Deposition to his clients, which was sent
 4   out on September the 27th of 2006 stating
 5   their deposition one after the other to
 6   begin at 9:00 on Tuesday October the
 7   10th.  It is now 9:30 on October the 10th,
 8   2006 and neither Mr. Coleman, one claimant
 9   or Mr. Merritt, the other claimant have
10   appeared, nor has Mr. Reed.  Other than
11   the letter, which I will attach to the
12   deposition as Exhibit No. 1, I have had no
13   conversation with Mr. Reed.  I am making
14   this record in order to show the events
15   that have occurred prior to and after the
16   Notice of Deposition.  And I do want to
17   attach the letter as Defendant's Exhibit
18   No. 1 to the deposition.
19              (WHEREUPON, a document was
20              marked as Defendant's Exhibit
21              No. 1 and is attached to the
22              original transcript.)
23              *********************
```

```
 1                      9:30 AM
 2                   STATEMENT ENDED
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

```
 1              C E R T I F I C A T E

 2

 3    STATE OF ALABAMA   )

 4    MONTGOMERY COUNTY  )

 5         I hereby certify that the above

 6    and foregoing proceeding was taken down by

 7    me in stenotype, and the questions and

 8    answers thereto were transcribed by means

 9    of computer-aided transcription, and that

10    the foregoing represents a true and

11    correct transcript of the proceeding given

12    by said witness upon said hearing.

13         I further certify that I am

14    neither of counsel nor of kin to the

15    parties to the action, nor am I in anywise

16    interested in the result of said cause.

17
                         _____
18
                         SELAH M. DRYER, CSR
19

20

21    My Commission Expires
      June 30, 2010
22

23
```

