IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )
        Plaintiff,          )
                            )
v.                          )        2:05-CV-1086-WKW
                            )
                            )
EIGHTY THOUSAND SIX HUNDRED  )
THIRTY-THREE DOLLARS ($80,633.00)  )
IN UNITED STATES CURRENCY; FOUR  )
THOUSAND EIGHT HUNDRED SEVENTY-  )
EIGHT DOLLARS ($4,878.00) IN UNITED  )
STATES CURRENCY; AND THIRTY-SIX  )
THOUSAND FIVE HUNDRED DOLLARS  )
($36,500.00) IN UNITED STATES CURRENCY  )
                            )
        Defendants.         )

## ORDER

Upon review of the United States' *Motion to Compel*, filed with *exhibits* (Doc. 41, October 27, 2006), it is

**ORDERED** that the *Claimants – Michael Coleman and Jacquard Merritt, who are represented by counsel of record, Joe M. Reed –* show any cause why this motion should not be granted on or before November 9, 2006.

Done this 31st day of October, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE