IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
     Plaintiff,                 )
                                 )
v.                               )    CASE NO. 2:05-CV-1086-WKW
                                 )
EIGHTY THOUSAND SIX HUNDRED       )
THIRTY-THREE DOLLARS, *et al.,*   )
                                 )
     Defendants.                )

**O R D E R**

Upon consideration of Claimants' Motion to Suppress (Doc. # 29), Claimants' Motion to Grant Defendants'/Claimants' Motion to Suppress, or in the alternative, Set Hearing on Motion to Suppress (Doc. # 39), and Claimants' Motion to Dismiss and Motion for Judgment on the Pleadings (Doc. # 40), it is hereby ORDERED that:

1.    Claimants' Motion to Suppress (Doc. # 29) is set to be heard at the pretrial conference on January 5, 2007, at 10:30 a.m. in Courtroom 2E, United States Courthouse, One Church Street, Montgomery, Alabama.

2.    Claimants' Motion to Grant Defendants'/Claimants' Motion to Suppress, or in the alternative, Set Hearing on Motion to Suppress (Doc. # 39) is DENIED as moot.

3.    Claimants' Motion to Dismiss and Motion for Judgment on the Pleadings (Doc. # 40) shall be submitted on November 30, 2006.  The government shall  file a response or before November 23, 2006, which shall **include a brief and any evidentiary materials.** The claimants may file a reply brief on or before November 30, 2006.

**Briefs in support of or in opposition to any motion or application to the Court should not exceed 25 pages. In all cases in which briefs exceed 25 pages, counsel must include a table of contents indicating the main sections of the brief, the principal arguments and citations to primary authority made in each section, and the pages on which each section and any sub-sections may be found.**

**The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. For those submissions (including briefs and evidentiary materials) that exceed 25 pages, the courtesy copy shall be bound in a three-ring binder and tabbed.**

DONE this the 2nd day of November, 2006.

                              /s/   W.  Keith Watkins
                              UNITED STATES DISTRICT JUDGE