```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 2:05cv1086-W |
| | : | |
| EIGHTY THOUSAND SIX HUNDRED | : | |
| THIRTY-THREE DOLLARS | : | |
| ($80,633.00) IN UNITED STATES | : | |
| CURRENCY; | : | |
| FOUR THOUSAND EIGHT HUNDRED | : | |
| SEVENTY-EIGHT DOLLARS | : | |
| ($4,878.00) IN UNITED STATES | : | |
| CURRENCY; AND, | : | |
| THIRTY-SIX THOUSAND FIVE | : | |
| HUNDRED DOLLARS ($36,500.00) | : | |
| IN UNITED STATES CURRENCY, | : | |
| | : | |
| DEFENDANTS. | : | |

NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

The United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, states as follows:

The undersigned counsel has made three unsuccessful attempts to contact Claimants' counsel via telephone. Accordingly, face to face negotiations have not occurred.

Respectfully submitted this 6th day of November, 2006.

```
                      FOR THE UNITED STATES ATTORNEY
                             LEURA G. CANARY



                             /s/John T. Harmon
                             John T. Harmon
                             Assistant United States Attorney
                             Office of the United States Attorney
                             Middle District of Alabama
                             Post Office Box 197
                             Montgomery, Alabama 36101-0197
                             Telephone:(334) 223-7280
                             Facsimile:(334) 223-7560
```

CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2006, I electronically filed the foregoing Notice Concerning Settlement Conference and Mediation with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Joe M. Reed.**

```
                             /s/John T. Harmon
                             John T. Harmon
                             Assistant United States Attorney
                             Office of the United States Attorney
                             Middle District of Alabama
                             One Court Square, Suite 201 (36104)
                             Post Office Box 197
                             Montgomery, Alabama 36101-0197
```