IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 2:05cv1086-WKW |
| | : | |
| EIGHTY THOUSAND SIX HUNDRED THIRTY-THREE DOLLARS ($80,633.00) IN UNITED STATES CURRENCY; FOUR THOUSAND EIGHT HUNDRED SEVENTY-EIGHT DOLLARS ($4,878.00) IN UNITED STATES CURRENCY; AND, THIRTY-SIX THOUSAND FIVE HUNDRED DOLLARS ($36,500.00) IN UNITED STATES CURRENCY, | : | |
| | : | |
| DEFENDANTS. | : | |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 2:05cv1067-CSC |
| | : | |
| ONE PARCEL OF PROPERTY LOCATED AT 1554 SHADY TRAIL WETUMPKA, ELMORE COUNTY, ALABAMA, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, | : | |
| | : | |
| DEFENDANT. | : | |

NOTICE OF SCHEDULING CONFLICT

The United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, respectfully notifies the Court of a scheduling conflict as follows:

1.   On March 20, 2006, an Order was issued in the case styled <u>U.S. v. Eighty Thousand Six Hundred Thirty Three Dollars ($80,633.00) in United States Currency, et al.</u>, Civil Action No. 2:05cv1086-WKW, scheduling trial for February 12, 2007.

2.   On May 5, 2006, an Order was issued in the case styled <u>U.S. v. One Parcel of Property Located at 1554 Shady Trail, Wetumpka, Elmore County, Alabama, with all Appurtenances and Improvements Thereon</u>, Civil Action No. 2:05cv1067-CSC, scheduling trial for February 12, 2007.

3.   The United States is being represented in both cases by the undersigned attorney.  Thus, the scheduling of both trials has created a scheduling conflict.

Respectfully submitted this 8th day of January, 2007.

                       FOR THE UNITED STATES ATTORNEY
                            LEURA G. CANARY


/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J

CERTIFICATE OF SERVICE

    I hereby certify that on January 8, 2007, I electronically filed the foregoing Notice of Scheduling Conflict with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Joe Reed** and **Tim McCollum.**

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J