**MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. KEITH WATKINS JUDGE                                    AT MONTGOMERY, ALABAMA

DATE COMMENCED    JANUARY 5, 2007                           AT 10:40 A.M./P.M.

DATE COMPLETED    JANUARY 5, 2007                           AT 4:10  A.M./P.M.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA )<br>(Plaintiff) )<br>v )<br>)<br>EIGHTY THOUSAND SIX HUNDRED )<br>THIRTY-THREE DOLLARS, et al. )<br>(Defendant) ) | | Civil Action No.<br><br>2:05cv1086-WKW |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA John Harmon | X | Atty. Joe Morgan Reed |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| | | |
|---|---|---|
| Ann Roy<br>Courtroom Clerk | Josh Segall<br>Law Clerk | Risa Entrekin<br>Court Reporter |

COURTROOM PROCEEDINGS:

PRETRIAL CONFERENCE

MOTION HEARING RE [29] MOTION TO SUPPRESS

| | |
|---|---|
| 10:40 a.m. | Pretrial conference commences.  Status of stipulations and discovery issues.  Court's oral order **denying** [40] Motion to Dismiss and Motion for  Judgment on the Pleadings.  Pretrial Conference concluded. |
| 10:50 a.m. | Motion hearing commences re  [29] Motion to Suppress. Government's evidence presented. |
| 11:45 a.m. | Sidebar (on the record) re search techniques. |
| 11:50 a.m. | Witness rule invoked.  Testimony resumes. |
| 11:55 a.m. | Break |
| 12:10 p.m. | Evidence resumes. |
| 1:15  p.m. | Break |
| 2:15  p.m. | Evidence resumes. |
| 3:30  p.m. | Oral Argument re  probable cause. |
| 4:10  p.m. | Parties to file briefs by 1/12/07.  Court convened. |