| GOVERNMENT | UNITED STATES OF AMERICA |
|---|---|
| EXHIBITS | v |
| PRETRIAL CONFERENCE/MOTION HEARING | EIGHTY THOUSAND SIX HUNDRED THIRTY-THREE DOLLARS, ET AL.<br><br>2:05cv1086-WKW |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| | | | | | | JUDGE KEITH WATKINS<br>Risa Entrekin, Court Reporter |
| 1/8/07 | 1/8/07 | 1/8/07 | 2 | Brock | | Drug Property Report |
| 1/8/07 | 1/8/07 | 1/8/07 | 1 | Aplin | | CD - Montgomery Airport |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | EXHIBITS MAINTAINED IN SEPARATE |
| | | | | | | BINDER WITH FILE |
| | | | | | | |
| | | | | | | |
| | | | | | | NO EXHIBITS FROM DEFENDANT |
| | | | | | | |
| | | | | | | |
| | | | | | | |