IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA             CIVIL ACTION NO.

VS.                                  2:05CV1086-WKW

EIGHTY THOUSAND SIX HUNDRED
THIRTY-THREE DOLLARS, ET AL.

---

  PLAINTIFF                                DEFENDANT

## WITNESS LIST

1. Jonathan Aplin
2. Travis Green
3. Robbie Fitts
4. Larry Hubbard
5. Stephen Brock
6. Francisco Aponte