# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. KEITH WATKINS JUDGE               AT MONTGOMERY, ALABAMA

DATE COMMENCED   FEBRUARY 12, 2007                AT 10:18 A.M./P.M.

DATE COMPLETED   FEBRUARY 12, 2007                AT  4:12 A.M./P.M.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
|     Plaintiff/Counter Defendant ) | |
| ) | CIVIL ACTION NO. |
| vs. ) | |
| ) | 2:05cv1086-WKW |
| EIGHTY THOUSAND SIX HUNDRED ) | |
|  THIRTY-THREE DOLLARS, ET AL. ) | |
| ) | |
|     Defendants ) | |
| ) | |
| MICHAEL COLEMAN, et al. ) | |
| ) | |
|     Claimants/Counter Claimants ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S)/CLAIMANT(S) |
|---|---|---|
| | X | |
| AUSA John Harmon | X | Atty. Joe Morgan Reed |
| | X | |
| | X | |
| | COURT OFFICIALS PRESENT: | |
| Ann Roy | Josh Segall | Risa Entrekin |
| Courtroom Clerk | Law Clerk | Court Reporter |

COURTROOM PROCEEDINGS:

**NON-JURY TRIAL**

| | |
|---|---|
| 10:18 am | Court convened; trial commenced. Witness rule invoked. |
| 10:25 am | Plaintiff's evidence commenced. |
| 10:49 am | Plaintiff rests. |
| 10:50 am | Claimants' **ORAL MOTIONS** to dismiss and to re-submit motion to suppress. Court's **ORAL ORDER** denying motion to re-submit motion to suppress. Court reserves ruling on motion to dismiss. |
| 11:30 am | Claimants' evidence commenced. |
| 12:00 pm | Lunch |
| 1:30 pm | Claimants' evidence continues. |
| 2:45 pm | Break |
| 2:55 pm | Claimants' evidence continues. |

MINUTES OF NON-JURY TRIAL HELD FEBRUARY 12, 2007 BEFORE JUDGE KEITH WATKINS
CIVIL ACTION NO.  2:05cv1086-WKW

| Time | Event |
|---|---|
| 4:10 pm | Claimants' rest.  Court to take case under advisement. Parties given one week to brief issues not previously submitted. Counsel for claimants to file Proposed Findings of Fact and Conclusions of Law by 2/13/07. |
| 4:12 pm | Trial concluded. |