| GOVERNMENT'S EXHIBITS | UNITED STATES OF AMERICA |
|---|---|
| Civil Action No.  2:05cv1086-WKW NON-JURY TRIAL | v<br>EIGHTY THOUSAND SIX HUNDRED THIRTY-THREE DOLLARS, ET AL. |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| | | | | | | JUDGE KEITH WATKINS<br>Risa Entrekin, Court Reporter |
| | | 2/12/07 | 1 | | | Drug Property Report |
| | | | 2 | | | |
| 2/12/07 | 2/12/07 | 2/12/07 | 3a | Fitts | | Photograph  of seized cash |
| 2/12/07 | 2/12/07 | 2/12/07 | 3b | Fitts | | Photograph  of cash and keys |
| 2/12/07 | 2/12/07 | 2/12/07 | 3c | Fitts | | Photograph of seized cash |
| 2/12/07 | 2/12/07 | 2/12/07 | 3d | Fitts | | Photograph of seized cash |
| 2/12/07 | 2/12/07 | 2/12/07 | 3e | Fitts | | Photograph of wallet |
| 2/12/07 | 2/12/07 | 2/12/07 | 3f | Fitts | | Photograph of wallet and cash |
| 2/12/07 | 2/12/07 . | 2/12/07 | 3g | Fitts | | Photograph of drivers license |
| 2/12/07 | 2/12/07 | 2/12/07 | 3h | Fitts | | Photograph of seized cash and property |
| 2/12/07 | 2/12/07 | 2/12/07 | 3i | Fitts | | Photograph of seized cash |
| 2/12/07 | 2/12/07 | 2/12/07 | 3j | Fitts | | Photograph of cash |
| 2/12/07 | 2/12/07 | 2/12/07 | 3k | Fitts | | Photograph of property |
| 2/12/07 | 2/12/07 | 2/12/07 | 3l | Fitts | | Photograph of cash and money orders |
| 2/12/07 | 2/12/07 | 2/12/07 | 3m | Fitts | | Photograph of cash and money orders |
| 2/12/07 | 2/12/07 | 2/12/07 | 3n | Fitts | | Photograph of cash and money orders |
| 2/12/07 | 2/12/07 | 2/12/07 | 3o | Fitts | | Photograph of cash and shaving kit |
| 2/12/07 | 2/12/07 | 2/12/07 | 3p | Fitts | | Photograph of cash and property |
| | | | 4 | | | |
| | | | 5 | | | |
| * 2/12/07 | 2/12/07 | 2/12/07 | 6 | | | Marijuana trace |
| 2/12/07 | 2/12/07 | 2/12/07 | 7 | | | Jacquard  Merritt's bag |
| | | | | | | |

| | | | | | | EXHIBITS LOCATED IN 1 BOX AND |
|---|---|---|---|---|---|---|
| | | | | | | MAINTAINED IN CIVIL EXHIBIT ROOM |
| | | | | | | |

\* SENSITIVE EXHIBIT

Exhibit #6 returned to counsel for plaintiff at the conclusion of trial.

_____          2/12/07
SIGNATURE                                 DATE