| | | | | | | UNITED STATES OF AMERICA |
|---|---|---|---|---|---|---|

CLAIMANT'S EXHIBITS

v

Civil Action No.  2:05cv1086-WKW
NON-JURY TRIAL

EIGHTY THOUSAND SIX HUNDRED THIRTY-THREE DOLLARS, ET AL.

JUDGE KEITH WATKINS
Risa Entrekin, Court Reporter

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| 2/12/07 | 2/12/07 | 2/12/07 | 1 | Merritt | | Promissory/Loan Agreement |
| 2/12/07 | 2/12/07 | 2/12/07 | 2 | Merritt | | Business Card |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | EXHIBITS LOCATED IN 1 BOX |
| | | | | | | MAINTAINED IN CIVIL EXHIBIT ROOM |
| | | | | | | |