IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA         CIVIL ACTION NO.

VS.                              2:05CV1086-WKW

EIGHTY THOUSAND SIX HUNDRED
THIRTY-THREE DOLLARS, ET AL.

---

PLAINTIFF                                    DEFENDANT

**WITNESS LIST**

**2/12/07**

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. Robbie Fitts | 2. Jaquard Merritt |
|  | 3. Jonathan Aplin |
|  | 4. Travis Green |
|  | 5. Larry Hubbard |
|  | 6. Francisco Aponte |