IN THE UNTED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| PLAINTIFF, | * | CV-05-1086-WKW |
| VS. | * | |
| | * | |
| EIGHTY THOUSAND SIX HUNDRED THIRTY-THRREE DOLLARS ($80,633.00) IN UNITED STATES CURRENCY; FOUR THOUSAND EIGHT HUNDRED SEVENTY-EIGHT DOLLARS ($4,878.00) IN UNITED STATES CURRENCY; AND THIRTY-SIX THOUSAND FIVE HUNDRED DOLLARS ($36,500) IN UNITED STATES CURRENCY | * * * * * | |
| DEFENDANTS. | | |

### NOTICE OF FILING OF ADDITIONAL AUTHORITY

Now comes the claimants, Michael Coleman and Jacquard Merritt, by and through the undersigned and submit additional authority. Specifically, the case of *Director, OWCP v. Greenwich Collieries*, 512 U.S. 267, 114 S.Ct. 2251 (1994), stands for the proposition that, where the evidence is in equipoise, the party not having the burden of persuasion prevails. Defendants contend that the best that can be said for the government's evidence at the close of its main case was, in light of evidence elicited on cross-examination of the government's witnesses, was that the evidence was in equipoise, and that the defendants' motion for judgment as a matter of law at the close of the

government's case should have been granted, as well as the motion at the close of all the

evidence.

                                                /s/ Joe M. Reed
                                                Joe M. Reed
                                                Attorney for Claimants and
                                                Defendant Currency

Address of Counsel:
524 S. Union St.
Montgomery, AL 36104
(334) 834-2000 t
(334) 834-2088 f
E-mail: joemreed@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the United States District Clerk, Middle

District of Alabama who will send electronic notification to the Honorable John Harmon,

Assistant United States Attorney, P.O. Box 197, Montgomery, AL 36101.

                                                /s/ Joe M. Reed
                                                Joe M. Reed