IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-1086-WKW |
| ) | |
| **EIGHTY THOUSAND SIX HUNDRED** ) | |
| **THIRTY-THREE DOLLARS ($80,633.00);** ) | |
| **FOUR THOUSAND EIGHT HUNDRED** ) | |
| **SEVENTY-EIGHT DOLLARS ($4,878.00);** ) | |
| **THIRTY-SIX THOUSAND FIVE** ) | |
| **HUNDRED DOLLARS ($36,500.00),** ) | |
| ) | |
| **Defendants.** ) | |

## **JUDGMENT**

This is a civil forfeiture action in which the United States seeks the civil forfeiture *in rem* of $80,633.00, $4,878.00, and $36,500.00 in U.S. Currency. After a bench trial on the merits, it is ORDERED and ADJUDGED that the United States of America is entitled to judgment of forfeiture of the defendant currency. A memorandum opinion in support of the judgment will be issued within ten days. It is further ORDERED that the United States of America shall file a proposed Decree of Forfeiture **on or before April 7, 2008**.

DONE this 31st day of March, 2008.

        /s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE