```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|     Plaintiff,                      ) | |
|        v.                             ) | CASE NO. 2:05cv1086-WKW |
| EIGHTY THOUSAND SIX HUNDRED      ) | |
| THIRTY-THREE DOLLARS             ) | |
| ($80,633.00) IN UNITED STATES    ) | |
| CURRENCY;                        ) | |
| FOUR THOUSAND EIGHT HUNDRED      ) | |
| SEVENTY-EIGHT DOLLARS            ) | |
| ($4,878.00) IN UNITED STATES     ) | |
| CURRENCY; AND,                   ) | |
| THIRTY-SIX THOUSAND FIVE         ) | |
| HUNDRED DOLLARS ($36,500.00)     ) | |
| IN UNITED STATES CURRENCY,       ) | |
|     Defendants.                    ) | |

## MOTION FOR DECREE OF FORFEITURE

Pursuant to the Federal Rules of Civil Procedure and Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, the United States of America (United States) respectfully moves this Court for entry of a Decree of Forfeiture. This Motion is supported by the previously filed Verified Complaint for Forfeiture <u>In Rem</u> (Doc. #1), Warrant and Summons for Arrest <u>In Rem</u> (Doc. #2), and Judgment (Doc. #61), ordering the defendant currency forfeited to the United States.

A proposed Decree of Forfeiture is submitted herewith.

Respectfully submitted this 2nd day of April, 2008.

```
                              LEURA G. CANARY
                              UNITED STATES ATTORNEY



                              /s/Tommie Brown Hardwick
                              TOMMIE BROWN HARDWICK
                              Assistant United States Attorney
                              Bar Number: ASB4152 W86T
                              131 Clayton Street
                              Montgomery, Alabama 36104
                              Phone: (334) 223-7280
                              Fax: (334) 223-7135
                              E-mail: tommie.hardwick@usdoj.gov
```

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Joe M. Reed, Jr.

```
                              Respectfully submitted,


                              /s/Tommie Brown Hardwick
                              TOMMIE BROWN HARDWICK
                              Assistant United States Attorney
```