IN THE UNTED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| PLAINTIFF, | * | CV-05-1086-WKW-DRB |
| VS. | * | |
| | * | |
| EIGHTY THOUSAND SIX HUNDRED THIRTY-THRREE DOLLARS | * | |
| ($80,633.00) IN UNITED STATES CURRENCY; FOUR THOUSAND EIGHT HUNDRED | * | |
| SEVENTY-EIGHT DOLLARS ($4,878.00) IN UNITED STATES CURRENCY; AND | * | |
| THIRTY-SIX THOUSAND FIVE HUNDRED DOLLARS ($36,500.00) IN UNITED STATES CURRENCY | * | |
| | * | |
| DEFENDANTS. | | |
| | * | |

**Motion for New Trial**

1. The court erred when it did not grant the claimants' motion to suppress.

2. The court erred in finding the claimants funds forfeit because the evidence was insufficient to make such finding.

Wherefore, premises considered, the claimants pray that this court grant the motion for new trial.

Respectfully Submitted,


  /s/ Joe M. Reed
Joe M. Reed
Attorney for Defendant

Address of Counsel:

Faulk & Reed, LLP
524 S. Union Street
Montgomery, AL  36104
334.834.2000
334.834.2088 fax

**Certificate of Service**

I hereby certify that the foregoing was served on the Honorable John T. Harmon, Assistant United States Attorney, P.O. Box 197, Montgomery, AL  36101 by electronic notification this 12th day of January, 2007.

                                                  ___/s/ Joe M. Reed___
                                                Joe M. Reed