IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | CASE NO. 2:05-cv-1086-WKW |
| ) | |
| EIGHTY THOUSAND SIX HUNDRED  ) | |
| THIRTY-THREE DOLLARS ($80,633.00);  ) | |
| FOUR THOUSAND EIGHT HUNDRED  ) | |
| SEVENTY-EIGHT DOLLARS ($4,878.00);  ) | |
| THIRTY-SIX THOUSAND FIVE  ) | |
| HUNDRED DOLLARS ($36,500.00),  ) | |
| ) | |
| Defendants.  ) | |

## ORDER

Upon due consideration of the claimant's Motion for New Trial (Doc. # 64), it is

ORDERED that the motion is DENIED.

DONE this 17th day of April, 2008.

                                        /s/  W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE