IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-1086-WKW |
| | ) | |
| EIGHTY THOUSAND SIX HUNDRED | ) | |
| THIRTY-THREE DOLLARS ($80,633.00); | ) | |
| FOUR THOUSAND EIGHT HUNDRED | ) | |
| SEVENTY-EIGHT DOLLARS ($4,878.00); | ) | |
| THIRTY-SIX THOUSAND FIVE | ) | |
| HUNDRED DOLLARS ($36,500.00), | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the government's Motion to Substitute Counsel (Doc. # 62), it is ORDERED that the motion is GRANTED.

DONE this 17th day of April, 2008.

                /s/ W. Keith Watkins
                UNITED STATES DISTRICT JUDGE