# IN THE UNTED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| PLAINTIFF, | * | CV-05-1086-WKW |
| VS. | * | |
| | * | |
| EIGHTY THOUSAND SIX HUNDRED THIRTY-THREE DOLLARS | * | |
| ($80,633.00) IN UNITED STATES CURRENCY; FOUR THOUSAND EIGHT HUNDRED SEVENTY-EIGHT DOLLARS ($4,878.00) IN UNITED STATES CURRENCY; AND THIRTY-SIX THOUSAND FIVE HUNDRED DOLLARS ($36,500) IN UNITED STATES CURRENCY | * | |
| | * | |
| DEFENDANTS. | * | |
| | * | |

## NOTICE OF APPEAL

Now come the defendants, by and through the undersigned, pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure, hereby APPEAL, the judgment of the Honorable Judge W. Keith Watkins, entered on March 31, 2008, and memorandum opinion and order issued on April 21, 2008 (1) denying the defendants' motion to suppress, (2) denying the defendants' motion to dismiss or in the alternative motion for judgment as a matter of law at the close of the plaintiff's case and (3) final judgment of the court at the close of all evidence finding that the defendant currency was subject to forfeiture in that the defendant currency was furnished or intended to be furnished in exchange for a controlled substance, or it was proceeds traceable to a drug exchange, or it was used or intended to be used to facilitate a drug exchange.

                                                      Respectfully Submitted,

                                                      /s/ Joe M. Reed
                                                      Joe M. Reed
                                                      Attorney for Defendants

Address of Counsel:

Faulk & Reed, LLP
524 S. Union Street
Montgomery, AL  36104
334.834.2000
334.834.2088 fax

## Certificate of Service

I hereby certify that the foregoing was served on the Honorable Tommie Hardwick, Assistant United States Attorney, P.O. Box 197, Montgomery, AL  36101 by electronic notification this 22nd day of April 2008.

                                                      /s/ Joe M. Reed
                                                      Joe M. Reed