```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005237
Cashier ID: cstrecke
Transaction Date: 05/23/2008
Payer Name: FAULK AND REED
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: FAULK AND REED
 Case/Party: D-ALM-2-05-CV-001086-001
 Amount:        $455.00
------------------------------------
CHECK
 Remitter: FAULK AND REED LLP
 Check/Money Order Num: 4173
 Amt Tendered: $455.00
------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

DALM205CV1086-W
NOTICE OF APPEAL
```