Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

_____

August 12, 2008

**Appeal Number: 08-12218-HH**
Case Style: USA v. Eighty Thousand Six Hundred Thirty-Three
District Court Number:  05-01086 CV-N

TO:   Debra P. Hackett

CC:   Joe Morgan Reed

CC:   Tommie Brown Hardwick

CC:   Administrative File

CC:   Administrative File

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 12, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL  36104-4055

**Appeal Number: 08-12218-HH**
Case Style: USA v. Eighty Thousand Six Hundred Thirty-Three
District Court Number:  05-01086 CV-N

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the
above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.  Pursuant
to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief
or record excerpts, the appeal shall be treated as dismissed on the first business day following
the due date. This appeal was treated as dismissed on August 7, 2008.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to
set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers
within the time fixed for filing."  See 11th Cir. R. 42-2(e), 42-3(e).

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed
to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Joe Caruso (404) 335-6177

Encl.

DIS-2CIV (8-2008)

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

No. 08-12218-HH

```
┌──────────────────────────────┐
│              FILED            │
│     U.S. COURT OF APPEALS     │
│       ELEVENTH CIRCUIT        │
│   ┌──────────────────────┐    │
│   │     AUG 1 2 2008      │    │
│   └──────────────────────┘    │
│        THOMAS K. KAHN         │
│           CLERK               │
└──────────────────────────────┘
```

UNITED STATES OF AMERICA,

Plaintiff-
Counter-Defendant-
Appellee,

versus

EIGHTY THOUSAND SIX HUNDRED THIRTY-THREE DOLLARS,
$80,633.00 in United States Currency,
FOUR THOUSAND EIGHT HUNDRED SEVENTY-EIGHT DOLLARS,
$4,878.00 in United States Currency,
THIRTY-SIX THOUSAND FIVE HUNDRED DOLLARS,
$36,500.00 in United States Currency,

Defendants-Appellants.

--------------------------
On Appeal from the United States District Court for the
Middle District of Alabama
--------------------------

ENTRY OF DISMISSAL

Pursuant to 11th Cir. R. 42-2(c), this appeal is hereby dismissed for want of

prosecution because the appellants have failed to file the record excerpts within the

time fixed by the rules, effective this 12th day of August, 2008.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By:    Joe Caruso
       Deputy Clerk

FOR THE COURT-BY DIRECTION